UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DAVID R. OJA,

                            Plaintiff,                                    Case No. 1:12cv727

v.                                                                       Hon. Robert J. Jonker

JANET NAPOLITANO, Secretary,
U.S. Department of Homeland Security
and HILDA L. SOLIS, Secretary,
U.S. Department of Labor,

                            Defendants.
_____/

## ORDER
## APPROVING AND ADOPTING REPORT AND RECOMMENDATION

       The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on June 18, 2013.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

       **THEREFORE, IT IS ORDERED** that the Report and Recommendation of  the Magistrate Judge, filed June 18, 2013, is approved and adopted as the opinion of the court.  Plaintiff's claims against the U.S. Department of Labor and its Secretary, Hilda Solis, are dismissed because this Court lacks subject matter jurisdiction.

       **IT IS ORDERED** that the motion to dismiss for lack of jurisdiction by Defendant Solis (docket# 13) is **GRANTED**.  This matter is closed.


                                      _____/s/Robert J. Jonker_____
                                          ROBERT J. JONKER
                                      UNITED STATES DISTRICT JUDGE

Dated:  July 15, 2013